# EXHIBIT A

Click here to Respond to Selected Documents

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries

### 11/15/2023

**Summons Issued-Circuit**
Document ID: 23-SMCC-9512, for STARBUCKS CORPORATION Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

### 11/14/2023

**Filing Info Sheet eFiling**

**Entry of Appearance Filed**
Entry of Appearance MEB.
  **On Behalf Of:** JOHN FITZGERALD

**Entry of Appearance Filed**
Entry of Appearance JAO.
  **On Behalf Of:** JOHN FITZGERALD

**Motion Special Process Server**
Request for Appointment of Process Server.
  **On Behalf Of:** JOHN FITZGERALD

**Pet Filed in Circuit Ct**
Petition; MCHR Right to Sue Letter.
  **On Behalf Of:** JOHN FITZGERALD

### 11/13/2023

**Judge Assigned**
DIV 13

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | |
|---|---|
| JOHN FITZGERALD | )<br>) |
| Plaintiff, | )<br>)  Case No. |
| vs. | )<br>) |
| STARBUCKS CORPORATION | )  **JURY TRIAL DEMANDED** |
| Serve at Registered Agent: | )<br>) |
| Prentice-Hall Corp. System<br>221 Bolivar St.<br>Jefferson City, MO 65101 | )<br>)<br>)<br>) |
| Defendant. | ) |

**PETITION**

COMES NOW Plaintiff John FitzGerald, by and through his undersigned attorney, and for his Petition states as follows:

**PARTIES AND JURISDICTION**

1. Plaintiff John FitzGerald was a resident of Missouri since the beginning of his employment with Defendant Starbucks Corporation.

2. Defendant Starbucks Corporation is a business headquartered in Washington and is licensed to do business in Missouri.

3. Venue is proper in St. Louis County, because the corporate office in which the alleged discrimination first began occurred is located in St. Louis County.

**STATEMENT OF FACTS**

4. Store development management at Defendant Starbucks Corporation was divided into three different divisions: Eastern, Central, and Western.

1

5. Plaintiff FitzGerald is, and during all times relevant to this Petition, a male over the age of 40 years old.

6. Plaintiff FitzGerald worked as a Store Development Manager for nearly 8 years with Defendant Starbucks Corporation's Central Division.

7. On or around October 2021, FitzGerald relocated from Missouri to Maine to be closer to his daughter and son in law, who recently had twins.

8. Plaintiff FitzGerald informed his boss Owen Hutchison via emails and phone calls that he was relocating in October of 2021.

9. Plaintiff FitzGerald filled out a form indicating his change of address.

10. Plaintiff FitzGerald did not hear anything back until April 22, 2022.

11. On or around April 22, 2022, Hutchinson informed Plaintiff Fitzgerald that he was to relocate back from New England to somewhere within the Central division, or find a new job.

12. Plaintiff FitzGerald agreed to move back.

13. Dean Klein, later took over Hutchinson's position.

14. On or around May 24, 2022, Plaintiff FitzGerald suggested to Klein that Kyley Yanker, a woman in her early 30s that was pregnant at the time, could cover Missouri territories while FitzGerald could cover her initial Ohio territories.

15. Klein responded to Plaintiff Fitzgerald that he would take it under advisement.

16. On or around June 7, 2022, Klein terminated Plaintiff FitzGerald's employment nearly 1-2 weeks after FitzGerald made the above suggestion.

17. Klein indicated to Plaintiff FitzGerald that the reason for his termination was due to Plaintiff allegedly violating company policy for moving, despite there being no such policy.

18. On or around November 30, 2022, Plaintiff FitzGerald dual-filed his charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and the Missouri Commission on Human Rights (MCHR).

19. Plaintiff's notice of his right to sue is attached herein Plaintiff's Petition, which has been filed within 90 days upon receipt of such notice.

**COUNT I: AGE DISCRIMINATION IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT MO. REV. STAT. § 213.010 (MHRA) AGAINST DEFENDANT STARBUCKS CORPORATION**

COMES NOW Plaintiff FitzGerald, and for his claim of unlawful age discrimination under the Missouri Human Rights Act (MHRA) against Defendant Starbucks Corporation, states as follows:

20. Plaintiff FitzGerald adopts and reincorporates all previous paragraphs here again.

21. Plaintiff FitzGerald is, and was at all times relevant herein, a male over the age of 40 years old.

22. Defendant Starbucks Corporation terminated Plaintiff FitzGerald's employment, because his relocation from Missouri to Maine allegedly violated company policy.

23. Not only is there no company policy against relocation, but younger employees under the age of 40 years old were allowed to relocate from one division to another without threat of termination.

24. There exists no rational basis regarding the requirement that Plaintiff FitzGerald live in the same geographic region as the job sites.

3

25. Defendant Starbucks Corporation has engaged in a pattern and practice of discriminating against individuals who are age 40 and older by treating adversely individuals who are age 40 and older, and treating preferentially individuals who are under 40 years old.

26. Defendant Starbucks Corporation's practices related to hiring, firing, and employment described herein, have had a disparate impact on the basis of age (discriminating against workers who are age 40 and older) that are not job-related for the positions at issue, not consistent with business necessity, and are not necessitated by any reasonable factors.

27. Defendant Starbucks Corporation's actions constitute unlawful age discrimination in violation of the MHRA.

28. Plaintiff FitzGerald suffered damages as a result of this discriminatory conduct, as well as wage loss, severe emotional distress, and a period of unemployment.

29. Plaintiff FitzGerald is also entitled to recover costs, fees, attorneys fees, and other damages as allowed by the MHRA.

WHEREFORE Plaintiff FitzGerald requests humbly that the Court enter judgement in his favor in excess of $25,000.00, and set the case for trial by jury to assess compensatory damages arising from the discriminatory conduct of Defendant Starbucks Corporation, for attorney's fees, and for any other relief as may be just and proper under the circumstances.

Respectfully submitted,

**OTT LAW FIRM**

*/s/ Joseph Ott*

Joseph A. Ott, #67889

*/s/ Mark Edward Blankenship Jr*

4

                                _____  
                                Mark E. Blankenship Jr., #73123

                                3544 Oxford Blvd  
                                Maplewood, MO 63143  
                                Telephone:  (314) 293-3756  
                                Facsimile:   (314) 689-0080  
                                joe@ott.law  
                                mark@ott.law  
                                *Attorneys for Plaintiff*

# MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
## MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | DEREK M. HOLLAND | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

John FitzGerald
27 School St #4
Freeport, ME 04032
*Via Complainant Attorney Email*

**NOTICE OF RIGHT TO SUE**

RE: John FitzGerald vs. Starbucks Coffee Company
E-11/22-54741  28E-2023-00389

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

August 17, 2023
Date

C: additional contacts listed on next page

| ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|
| JEFFERSON CITY OFFICE | ST. LOUIS OFFICE | KANSAS CITY OFFICE | SIKESTON OFFICE |
| 421 E. DUNKLIN STREET | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1129 | 106 ARTHUR STREET, SUITE D |
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | JEFFERSON CITY, 65102-1129 | SIKESTON, MO 63801-5454 |
| JEFFERSON CITY, MO 65102-1129 | PHONE: 314-340-7590 | FAX: 816-889-3582 | FAX: 573-472-5321 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | |
| FAX: 573-751-2905 | | | |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)    Relay Missouri: 711
www.labor.mo.gov/mohumanrights    E-Mail: mchr@labor.mo.gov

RE:	John FitzGerald vs. Starbucks Coffee Company
E-11/22-54741  28E-2023-00389

Starbucks Coffee Company
c/o Littler Mendelson, PC
Attn: Jeffery Jones 2301 McGee St Ste 800
Kansas City, MO 64108
*Via Respondent Contact Email*

Amy Nixon, Attorney
Littler Mendelson, P.C.
2301 McGee Street 8th Floor Suite 800
Kansas City, MO 64108
anixon@littler.com

Mark E Blankenship
Ott Law Firm
3544 Oxford Blvd
Maplewood, MO 63143
mark@ott.law

### IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
### TWENTY-FIRST JUDICIAL CIRCUIT
### STATE OF MISSOURI

| | |
|---|---|
| JOHN FITZGERALD ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | |
| ) | |
| STARBUCKS CORPORATION ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

COMES NOW Mark E. Blankenship Jr., an attorney at Ott Law Firm, and hereby enters his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

/s/ Mark Edward Blankenship Jr.
_____
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
mark@ott.law
*Attorneys for Plaintiff*

23SL-CC04912

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | |
|---|---|
| JOHN FITZGERALD | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. ) |
| STARBUCKS CORPORATION | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

**ENTRY OF APPEARANCE**

COMES NOW Joseph A. Ott, an attorney at Ott Law Firm, and hereby enters his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

_____
Joseph A. Ott, #67889
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law
*Attorneys for Plaintiff*

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 06:47 PM

**23SL-CC04912**

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 06:47 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

☐ For File Stamp Only

__November 14, 2023__
Date

__John Fitzgerald__
Plaintiff/Petitioner

vs.

_____
Case Number

_____
Division

__Starbucks Corporation__
Defendant/Respondent

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff_____, pursuant
                     Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
__Tim Moore, Pro-Serve__   __St. Louis, 6614 Clayton Rd, St. Louis, MO 63117__   __(314) 961-2222__
Name of Process Server         Address                                            Telephone

_____
Name of Process Server         Address or in the Alternative                      Telephone

_____
Name of Process Server         Address or in the Alternative                      Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
__Starbucks Corporation__
Name
__Prentice-Hall Corp. System (Registered Agent) 221 Bolivar St.__
Address
__Jefferson City, MO 65101__
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
    Deputy Clerk

_____
Date

/s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
__#67889__
Bar No.
__3544 Oxford Blvd, Maplewood, MO 63143__
Address
__(314) 293-3756__          __(314) 689-0080__
Phone No.                     Fax No.

CCADM62-WS    Rev. 07/22

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)   Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)   The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)   Appointments may list more than one server as alternates.

(B)   The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)   Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)   No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)   Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)   This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/22

**23SL-CC04912**

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 06:47 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

John Fitzgerald
Plaintiff/Petitioner

vs.

Starbucks Corporation
Defendant/Respondent

Date: November 14, 2023

Case Number: _____

Division: _____

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff__, pursuant
  Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Tim Moore, Pro-Serve     St. Louis, 6614 Clayton Rd, St. Louis, MO 63117     (314) 961-2222
Name of Process Server          Address                                      Telephone

_____
Name of Process Server          Address or in the Alternative                Telephone

_____
Name of Process Server          Address or in the Alternative                Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Name: Starbucks Corporation
Address: Prentice-Hall Corp. System (Registered Agent) 221 Bolivar St.
City/State/Zip: Jefferson City, MO 65101

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By /S/Tamara Baldwin
   Deputy Clerk

11/15/2023
Date

/s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
#67889
Bar No.
3544 Oxford Blvd, Maplewood, MO 63143
Address
(314) 293-3756          (314) 689-0080
Phone No.                Fax No.

CCADM62-WS   Rev. 07/22

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)   Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)   The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)   Appointments may list more than one server as alternates.

(B)   The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)   Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)   No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)   Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)   This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS        Rev. 07/22



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>BRUCE F. HILTON | Case Number: 23SL-CC04912 |
|---|---|
| Plaintiff/Petitioner:<br>JOHN FITZGERALD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>STARBUCKS CORPORATION | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** STARBUCKS CORPORATION
       **Alias:**
PRENTICE-HALL CORP SYSTEM
REG AGENT
221 BOLIVAR
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

15-NOV-2023                        _____
  Date                                                              Clerk

*ST. LOUIS COUNTY*

Further Information:
TB

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).
_____        _____
    Printed Name of Sheriff or Server                                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____   _____
                                           Date                                          Notary Public

**Sheriff's Fees, if applicable**
Summons              $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $_____10.00_____
Mileage              $_____ (_____miles @ $ ._____ per mile)
Total                $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.